**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00362-CV

### TRANSCONTINENTAL REALTY INVESTORS, INC., Appellant

### V.

### SIDNEY WICKS, AS TRUSTEE OF THE
### SIDNEY WICKS REVOCABLE TRUST, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15435**

## ORDER

We **GRANT** appellant's July 18, 2013 opposed second motion for an extension of time to file a brief. Appellant shall file its brief on or before August 22, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE